IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Harden, et al.

    **Plaintiff(s),**

        v.                   **Select Civ or Crim:**   **NO:** 3:07-cv-143

Countrywide Home Loans, Inc., et al.

    **Defendant(s).**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Robert S. Westermann, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 12-3-2007

                                                  United States District Judge

U.S. DISTRICT COURT
FILED AT WHEELING, WV
DEC - 3 2007
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK