# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## MARTINSBURG

**TERRY LEE HARDEN, and**
**LUCINDA S. HARDEN,**

    Plaintiffs,

v.                                  CIVIL ACTION NO.: 3:07-CV-143
                                    (BAILEY)

**COUNTRYWIDE HOME LOANS, INC.,**
**MORTGAGE ELECTRONIC**
**REGISTRATION SYSTEMS, INC.,**
**ET AL.,**

    Defendants.

## ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION

On this day, the above-styled matter came before the Court for consideration of the Motion of the Plaintiffs for Additional Time to File a Memorandum in Response to the Motion to Dismiss Filed by the Defendant Francis Houston [Doc. 25]. The plaintiffs seek an extension pursuant to Rule 6 of the Federal Rules of Civil Procedure. Finding no prejudice to the defendants, it is in this Court's discretion to grant the motion. Accordingly, it is the opinion of this Court that the motion [Doc. 25] should be, and is, hereby **GRANTED**. As such, the plaintiffs shall file their responsive memorandum on or before December 20, 2007.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** December 14, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE