IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MARTINSBURG DIVISION



TERRY LEE HARDEN, and
LUCINDA S. HARDEN,

    Plaintiffs

vs.                                         Civil Action Number 3:07-CV-143
                                              Judge Bailey

COUNTRYWIDE HOME LOANS, INC.,
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC,
ET AL.,

    Defendants.

ORDER

This day the Plaintiffs Terry Lee Harden and Lucinda S. Harden, by counsel, and the Defendants ServiceLink, L.P., including the Defendants whom the Plaintiff had identified as "ServiceLink General Partners," to-wit: Raymond Pronto, Terry L. Engel, Richard L. Neff, William Minton, David Merison, Howard Bowell, Carlian, Inc., and CTC GP, LLC., all by counsel, and Francis Houston, by counsel, and those parties represented to the Court that they had resolved their claims against each other.

Based upon the representations of these parties, it is HEREBY ORDERED that the claims of the Plaintiffs Terry Lee Harden and Lucinda S. Harden against the

Defendant ServiceLink, including the claims asserted by the Plaintiffs against those Defendants whom the Plaintiffs identified in their Complaint as "ServiceLink General Partners," to-wit: Raymond Pronto, Terry L. Engel, Richard L. Neff, William Minton, David Merison, Howard Bowell, Carlian, Inc., and CTC GP, LLC shall be and are now dismissed with prejudice. The parties represented also to the Court that the entity which was ServiceLink, L.P., has been restructured and that it is now known as ServiceLink a Division of Chicago Title Insurance Company. The parties represented to the Court that the dismissal with prejudice of the Plaintiffs' claims against ServiceLink, L.P. applies equally to claims that the Plaintiffs might have asserted against ServiceLink a Division of Chicago Title Insurance Company.

Further, based upon the representations of these parties, it is HEREBY ORDERED that the claims of the Plaintiffs Terry Lee Harden and Lucinda S. Harden against the Defendant Francis Houston are now dismissed with prejudice.

Further, based upon the representations of these parties, it is HEREBY ORDERED that the Cross-Claim of the Defendant Francis Houston against the Defendant ServiceLink is dismissed with prejudice as to all ServiceLink Defendants.

Except as otherwise provided herein, this case shall remain upon the Court's docket as to the claims pending between the Plaintiffs and other Defendants.

The Clerk shall enter the foregoing ORDER as of and for the date set forth below.

1-14-2008
date

JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF WEST VIRGINIA

Approved by:

Counsel for the Plaintiffs:

_____
Charles S. Trump IV
WV Bar Identification #3806
Trump & Trump, L.C.
307 Rock Cliff Drive
Martinsburg, WV 25401


Counsel for the Defendant Francis Houston:

_____
Wm. Richard McCune, Jr.
115 West King Street
Martinsburg, WV 25401


Counsel for the Defendant ServiceLink:

_____
Bridget M. Cohee
Steptoe & Johnson, PLLC
1250 Edwin Miller Boulevard, Suite 300
P.O. Box 2629
Martinsburg, WV 25402