IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MARTINSBURG DIVISION

TERRY LEE HARDEN, and
LUCINDA S. HARDEN,

    Plaintiffs

vs.                                            Civil Action Number 3:07-CV-143
                                              Judge Bailey

COUNTRYWIDE HOME LOANS, INC.,
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC,
ET AL.,

    Defendants.

**FILED MAR 0 6 2008 U.S. DISTRICT COURT MARTINSBURG, WV 25401**

### AGREED ORDER EXTENDING MEDIATION DEADLINE

This matter came on for the Court's consideration on the date of entry set forth below, upon all of the papers, pleadings, and ORDERS formerly had and read herein; upon the appearance this day of the Plaintiffs, by their counsel, Charles S. Trump IV; upon the appearance this day of the Defendants, by their counsel, Carrie Goodwin Fenwick and Robert S. Westermann.

WHEREUPON the parties jointly represented to the Court that despite earnest efforts on the part of all of them, they have been unable to schedule and participate in a

mediation of the issues in this case. Further, the parties all represented to the Court that due to the calendars of the parties and their attorneys, it did not seem possible that the parties would be able to have mediation in the case before the expiration of the deadline for mediation which had been set by the Court, to-wit: February 29, 2008. Further, the parties represented to the Court that they remained of the view that mediation could be useful in this case, and the parties and attorneys were all in accord that they would like to mediate the case. Accordingly, the parties represented to the Court they were in agreement that the Mediation deadline in this case should be extended, and the parties jointly requested the Court to extend the deadline for mediation.

It appearing to the Court that the parties are in agreement to extend the Mediation deadline in this case, it is hereby ORDERED and ADJUDGED that the Mediation deadline shall be and is now extended until April 30, 2008.

The other provisions of this Court's scheduling ORDER shall remain undisturbed by the extension granted hereby.

It appearing that nothing further remains to be done herein at this time, the Clerk shall enter the foregoing ORDER on and for the day and date abovefirst written, and the Clerk shall send attested copies hereof to counsel of record.

JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF WEST VIRGINIA

Entry date: 3-6-2008

Order Agreed to by:

Counsel for the Plaintiffs

*(signature)*

Charles S. Trump IV,
Counsel for the Plaintiffs
Trump & Trump, L.C.
307 Rock Cliff Drive
Martinsburg, WV 25401
WV State Bar #3806

Counsel for the Defendants Countrywide Home Loans, Inc. and Mortgage Electronic Registration Systems, Inc.

*(signature)*

Carrie Goodwin Fenwick
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
Charleston, WV 25301
WV State Bar #7164

*(signature)*

Robert S. Westermann
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
Admitted *pro hac vice*