IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

| | |
|---|---|
| TERRY LEE HARDEN and<br>LUCINDA S. HARDEN,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC.,<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.,<br>ET AL.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 3:07-cv-143<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DISMISSAL ORDER

This matter came before the Court on the request of Terry L. Harden and Lucinda S. Harden (the "Hardens") and Countrywide Home Loans, Inc. and Mortgage Electronic Registration Systems, Inc. (the "Countrywide Defendants"), by counsel, that this case be dismissed, with prejudice, with respect to the Hardens and the Countrywide Defendants because a settlement has been reached between them. Finding that cause exists for the relief requested, and otherwise finding it reasonable and necessary to do so, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. This case and all claims asserted therein are DISMISSED WITH PREJUDICE. This case can be removed from the Court's active docket.

2. The Clerk is directed to forward a copy of this Order, as entered, to counsel of record at the addresses indicated below.

ENTER: 07/29/2008

_____
UNITED STATES DISTRICT COURT JUDGE

WE ASK FOR THIS:

/s/ Carrie Goodwin Fenwick
Carrie Goodwin Fenwick
GOODWIN & GOODWIN, LLP
300 Summers Street, Suite 1500
Charleston, West Virginia 25301-1678
Telephone: (304) 346-7000
Facsimile: (304) 344-9692


/s/ Robert S. Westermann
Robert S. Westermann
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8327
Facsimile: (804) 788-8218
Counsel for the Countrywide Defendants


I certify that I have been authorized by counsel for the Countrywide Defendants to affix their electronic signatures above to this ORDER, authorizing the entry of this ORDER by the Court as an agreed ORDER.


/s/ Charles S. Trump IV
Charles S. Trump IV
TRUMP & TRUMP, L.C.
307 Rock Cliff Drive
Martinsburg, West Virginia 25401
Telephone: (304) 267-7270
Facsimile: (304) 267-2850
Counsel for the Hardens